```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 23271
    TASHA J MABINS
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-0365

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/11/2007 and was confirmed 02/06/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
ROUNDUP FUNDING LLC          UNSECURED         1023.96          .00            .00
BALABAN FURNITURE            SECURED NOT I     2203.94          .00            .00
JEFFERSON CAPITAL SYSTEM     UNSECURED         1195.77          .00            .00
COMCAST                      UNSECURED        NOT FILED         .00            .00
WEST SUBURBAN PHYSICIAN      UNSECURED        NOT FILED         .00            .00
PREMIER BANKCARD             UNSECURED          313.00          .00            .00
LOYOLA UNIVERSITY PHYSN      UNSECURED        NOT FILED         .00            .00
LOYOLA UNIVERSITY PHYSN      UNSECURED        NOT FILED         .00            .00
LOYOLA UNIVERSITY PHYSN      UNSECURED        NOT FILED         .00            .00
IRA T NEVEL                  NOTICE ONLY     NOT FILED         .00            .00
LOYOLA UNIVERSITY HEALTH     UNSECURED        NOT FILED         .00            .00
LOYOLA UNIVERSITY PHYSN      UNSECURED        NOT FILED         .00            .00
MONTEREY FINANCIAL           UNSECURED          912.10          .00            .00
LOYOLA UNIVERSITY HEALTH     UNSECURED        NOT FILED         .00            .00
LOYOLA UNIVERSITY PHYSIC     UNSECURED          556.00          .00            .00
LOYOLA UNIVERSITY HEALTH     UNSECURED        NOT FILED         .00            .00
LOYOLA UNIVERSITY HEALTH     UNSECURED        NOT FILED         .00            .00
LOYOLA UNIVERSITY HEALTH     UNSECURED        NOT FILED         .00            .00
LOYOLA UNIVERSITY HEALTH     UNSECURED        NOT FILED         .00            .00
LOYOLA UNIVERSITY HEALTH     UNSECURED        NOT FILED         .00            .00
LOYOLA UNIVERSITY HEALTH     UNSECURED        NOT FILED         .00            .00
MCI COMMUNICATIONS           UNSECURED        NOT FILED         .00            .00
VILLAGE OF BELLWOOD          UNSECURED         1000.00          .00            .00
VILLAGE OF BELLWOOD          UNSECURED        NOT FILED         .00            .00
GE MONEY BANK SAMS CLUB      UNSECURED          505.04          .00            .00
UNITED CONSUMER FINANCIA     UNSECURED          776.88          .00            .00
WALGREENS HOME CARE INC      UNSECURED        NOT FILED         .00            .00
WEST SUBURBAN PHYSICIAN      UNSECURED        NOT FILED         .00            .00
SAXON MORTGAGE SERVICES      CURRENT MORTG        .00           .00            .00
SAXON MORTGAGE SERVICES      MORTGAGE ARRE     1874.81          .00         1874.81
SAXON MORTGAGE SERVICES      UNSECURED        NOT FILED         .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 23271 TASHA J MABINS
```

```
ILLINOIS DEPT OF REVENUE   PRIORITY        NOT FILED              .00            .00
MONTEREY FINANCIAL         SECURED NOT I    2100.00                .00            .00
UNITED CONSUMER FINANCIA   SECURED            75.00                .00            .00
BALABAN FURNITURE          UNSECURED      NOT FILED                .00            .00
ILLINOIS DEPT OF EMPLOYM   UNSECURED        4864.00                .00            .00
LEGAL HELPERS PC           DEBTOR ATTY     2,326.00                         1,399.57
TOM VAUGHN                 TRUSTEE                                            284.62
DEBTOR REFUND              REFUND                                                .00
```

       Summary of Receipts and Disbursements:
    ----------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
    ----------------------------------------------------------------------
    TRUSTEE                 3,559.00

    PRIORITY                                           .00
    SECURED                                       1,874.81
    UNSECURED                                          .00
    ADMINISTRATIVE                                1,399.57
    TRUSTEE COMPENSATION                            284.62
    DEBTOR REFUND                                      .00
                          ---------------      ---------------
    TOTALS                  3,559.00             3,559.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/26/09           _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE